# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

Do No Harm

                Plaintiff    Case No.: 3:23−cv−01175

v.

                Judge William L. Campbell, Jr.

William Lee

                Defendant  Magistrate Judge Barbara D. Holmes

## NOTICE OF SETTING OF INITIAL CASE MANAGEMENT CONFERENCE

      Pursuant to Local Rule 16.01, notice is hereby given that an Initial Case Management Conference ("ICMC") is scheduled before Magistrate Judge Barbara D. Holmes, on 1/10/2024 at 02:00 PM. Unless otherwise ordered, all ICMSs will be conducted by telephone, hosted by the Court. Participants are directed to call **1−877−402−9753 code 3808663#** to participate. (Participants may hear music until Judge Holmes joins as host.)

      <u>LEAD TRIAL COUNSEL FOR EACH PARTY</u> is required to participate in the ICMC unless otherwise ordered. Appearance by counsel at the ICMC will not be deemed to waive any defenses to personal jurisdiction. Counsel are advised to have their calendars available during the ICMC.

      <u>IF ALL PARTIES HAVE NOT BEEN SERVED</u> prior to the ICMC date, counsel for the filing party is responsible for moving to reschedule the ICMC, perferably at least 7 days in advance of the scheduled ICMC date.

      <u>COUNSEL FOR ALL PARTIES MUST</u>, at the initiative of plaintiff's counsel or the removing party's counsel, prepare a joint proposed Initial Case Management Order ("ICMO") that complies with Local Rule 16.01(f), (g), and (h), which must be filed at least three (3) business days before the ICMC. Counsel shall utilize the form ICMO found under the link to Judge Holmes on the Court's website. IN ADDITION, the proposed ICMO must be separately emailed in Word format to Megan Cobos, Courtroom Deputy, at Megan_Cobos@tnmd.uscourts.gov.

      Failure to timely move for a rescheduled date for the ICMC or to timely file the proposed ICMO electronically can result in sanctions.

      PURSUANT TO LOCAL RULE 16.01(e)(2), COUNSEL FOR THE PARTY INITIATING THIS LAWSUIT MUST SERVE A COPY OF THIS NOTICE ON THE OTHER PARTIES TO THIS LAWSUIT ALONG WITH THE SUMMONS AND COMPLAINT **OR** WITH THE REQUEST FOR WAIVER OF SERVICE UNDER FED.R.CIV.P. 4(d), **OR** WITH THE SERVICE COPY OF THE NOTICE OF REMOVAL.

                                                                     CLERK'S OFFICE
                                                                     Middle Districe of Tennessee