# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

DO NO HARM

v.

WILLIAM LEE, in his official capacity as Governor of the State of Tennessee.

Case No. 3:23-cv-01175

Judge William L. Campbell, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Laura M. D'Agostino hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiff Do No Harm.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the [Identify United States District Court or United States appellate court of which movant is a member]. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

3. I have not been found in contempt by any court or tribunal, except as provided below:

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Daniel J. Turklay (TN BPR# 034600)
Turlay Law, 11205 Lebanon Rd #51
Mt. Juliet, TN 37122
(615) 838-5903

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Laura M. D'Agostino          Signature

Name: Laura M. D'Agostino
State where admitted and State Bar Number: District of Columbia, Bar No. 322947
Business Address: 555 Capitol Mall, Suite 1290, Sacramento, CA 95814
Local Address [if different from above]:
Phone: 916.419.7111
Email: LDAgostino@pacificlegal.org

**CERTIFICATE OF SERVICE**

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I certify that a true and exact copy of the foregoing pro hac vice application has been forwarded via first-class mail, postage-prepaid, to the following:

Tennessee Attorney General's Office
Jonathan Skrmetti, Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202


/s/ Daniel J. Turklay

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]