

# CERTIFICATE OF GOOD STANDING

I, Nwamaka Anowi, Clerk of this Court, certify that _____Laura D'Agostino_____ was duly admitted to practice in this Court on _____March 10, 2021_____, and is in good standing in this Court.

Dated at Richmond, Virginia, on _____October 26, 2023_____.

Nwamaka Anowi
CLERK

A True Copy NWAMAKA ANOWI
Clerk of the United States Court of Appeals
for the Fourth Circuit

*Nwamaka Anowi*