# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

## Joshua Paul Thompson

Bar Number 250955

was duly admitted to practice in this Court on December 11, 2007, and is in good standing as a member of the bar of this Court.



Signed on November 13, 2023 by

Mark B. Busby