

# U.S. District Court

## Tennessee Middle - Nashville

Receipt Date: Dec 1, 2023 2:18PM

Pacific Legal Foundation
930 G Street
Sacramento, CA 95814

| Rcpt. No: 300001551 | | Trans. Date: Dec 1, 2023 2:18PM | | | Cashier ID: #AF |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 111 | Pro Hac Vice | DTNM307ATPROHAC /001<br>CLERK, UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | Check/Money Order | #49818 | 12/1/2023 | $150.00 |
| | | | Total Due Prior to Payment: | $150.00 |
| | | | Total Tendered: | $150.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** Joshua P. Thompson 3:23-cv-1175

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.