

# U.S. District Court

## Tennessee Middle - Nashville

THIS IS A COPY

**AMENDED RECEIPT**

Receipt Date: Dec 1, 2023 2:17PM

Pacific Legal Foundation
930 G Street
Sacramento, CA 95814

Rcpt. No: 300001550　　　　Trans. Date: Dec 1, 2023 2:17PM　　　　Cashier ID: #AF

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DTNM307ATPROHAC /001<br>CLERK UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| PC | Check/Money Order | #49817 | 12/1/2023 | | $150.00 |

Total Due Prior to Payment: $150.00
Total Tendered: $150.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** Laura D'Agostino 3:23-cv-1175

**RECEIPT AMENDED** by staff #4561 12/1/2023 2:19 PM
**AMENDMENT VERIFIED** by staff #4565 12/1/2023 2:27 PM
**Correction Reason:** 99) Other

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.