# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DO NO HARM, a nonprofit corporation incorporated in the State of Virginia,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee,<br><br>Defendant. | No. 3:23-cv-01175 |

## DECLARATION OF SERVICE BY SERVICE PROCESSOR

I, Katherine Turnbill, declare as follows:

I am a resident of the State of Indiana, residing or employed in Indianapolis, Indiana.

I am over the age of 18 years and am not a party to the above-entitled action.

My business address is 555 Capitol Mall, Suite 1290, Sacramento, California, 95814.

On November 27, 2023, true copies of (1) SUMMONS IN A CIVIL ACTION; and (2) COMPLAINT; were served upon Governor William Lee by service processor Ricky Cooper to the Tennessee Attorney General at the following address:

Governor William Lee
c/o Tennessee Attorney General Jonathan Skrmetti
600 Dr. Martin Luther King Jr Boulevard
Nashville, TN 37203

The notice of service is attached.

In addition, all other recent pleadings dated from November 8, 2023, through November 22, 2023, were mailed via priority mail to the following:

Tennessee Attorney General Office
Jonathan Skrmetti, Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202

1

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 6th day of December 2023, at Indianapolis, Indiana.

_____
KATHERINE TURNBILL