| From: | RICKY COOPER |
|---|---|
| To: | Katherine Turnbill |
| Subject: | [ServeManager] Job #9976522 Served |
| Date: | Monday, November 27, 2023 11:05:29 AM |

# Served

RICKY COOPER shared a service notification with you:

## Details

**Process Server:** RICKY COOPER

**Date & Time:** Nov 27, 2023, 9:57 am CST

**Service Type:** Government Agency

**Description of Service:**

Hand delivered to Shelia Sage, the Executive Assistant to the office of the Attorney General

## Recipient

Recipient: GOVERNOR WILLIAM LEE
Age:        35
Ethnicity:  Caucasian
Gender:     Female
Weight:     160
Height:     5'9"
Hair:       Red

**Description of Recipient:**

## Service Address

600 Dr. Martin Luther King Jr Boulevard, Nashville, TN 37203

## Job & Case

**Job:** 9976522

**Priority: Routine**

**Job Type:** Standard

**Recipient:** GOVERNOR WILLIAM LEE

**Case:** 3:23-CV-01175

**Plaintiff:** DO NO HARM

**Defendant:** WILLIAM LEE, in his official capcity as Governor of the State of Tennessee

**Court:** UNITED STATES DISTRICT

**County:**

**Documents:** SUMMONS AND COMPLAINT

---

# Shared with you by:

RICKY COOPER
JUSTIN CASE PROCESS AND INVESTIGATIONS
justincaseprocess@gmail.com