| | |
|---|---|
| From: | no-reply@sendpro360.pitneybowes.com |
| To: | Kiren Mathews; Katherine Turnbill |
| Subject: | Shipment Delivered |
| Date: | Monday, November 27, 2023 11:02:23 AM |

View details below.   view as webpage



# pitney bowes

## Your package has been delivered



Your package from Pacific Legal Foundation has been delivered. Please see details below.

### Shipment delivery details

| | |
|---|---|
| Tracking number: | 9402809105156547432399 |
| Carrier: | USPS |
| Service: | Priority Mail® |
| Delivery date: | 2023-11-27 |
| Delivery address: | PO Box 20207 Nashville TN 37202-4015 US |
| Shipped on: | 2023-11-22 |

Learn more about sending solutions available from Pitney Bowes

pitneybowes.com/us     Contact us



This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

This message was distributed by Pitney Bowes Inc., World Headquarters, 3001 Summer Street, Stamford, CT 06926-0700. Pitney Bowes, the Corporate logo, and SendPro are trademarks of Pitney Bowes Inc. or a subsidiary. All other trademarks are the property of their respective owners.

Your email address was provided by you to Pitney Bowes, and use of your email address is governed by the Pitney Bowes Privacy Policy.

© 2022 Pitney Bowes Inc. All rights reserved.

