UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DO NO HARM,** a Virginia nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**WILLIAM LEE,** in his official capacity as Governor of the State of Tennessee,<br><br>Defendant. | Case No. 3:23-cv-01175 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.01, Reed N. Smith, Assistant Attorney General with the Office of the Tennessee Attorney General, hereby gives notice that he will appear and represent the Defendant William Lee in the above captioned matter.

    Respectfully submitted,
    JONATHAN SKRMETTI
    ATTORNEY GENERAL & REPORTER

    */s/ Reed N. Smith*
    REED N. SMITH (BPR # 040059)
    Assistant Attorney General
    HealthCare Division
    Tennessee Attorney General's Office
    P.O. Box 20207
    Nashville, Tennessee 37202
    615-741-3491
    Reed.Smith@ag.tn.gov

# CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that a true and exact copy of the foregoing has been served through the Court's ECF system on December 15, 2023, upon:

Daniel J. Turklay (BPR #034600)
TURKLAY LAW
11205 Lebanon Rd #51
Mt. Juliet, TN 37122
Telephone: (615) 838-5903
Fax: (888) 868-0014
daniel@turklaylaw.com

Joshua P. Thompson
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
JThompson@pacificlegal.org

Laura D'Agostino
PACIFIC LEGAL FOUNDATION
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
LDAgostino@pacificlegal.org

*Attorneys for Plaintiff*