# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DO NO HARM,** a Virginia nonprofit corporation, <br><br> Plaintiff, <br><br> v. <br><br> **WILLIAM LEE,** in his official capacity as Governor of the State of Tennessee <br><br> Defendant. | Case No. 3:23-cv-01175 |

## UNOPPOSED MOTION FOR EXTENSION

Defendant, Governor Bill Lee in his official capacity, respectfully requests an extension of his deadline to respond to Plaintiff's Complaint. The current deadline is **December 18, 2023**, and the Governor requests until **January 8, 2024**. This request is sought so that Defendant may investigate the allegations in the Complaint and meaningfully respond. The undersigned has conferred with opposing counsel, who does not oppose the relief sought herein.

    Respectfully submitted,
    JONATHAN SKRMETTI
    ATTORNEY GENERAL & REPORTER

    */s/ Reed N. Smith*
    REED N. SMITH (BPR # 040059)
    Assistant Attorney General
    HealthCare Division
    Tennessee Attorney General's Office
    P.O. Box 20207
    Nashville, Tennessee 37202
    615-741-3491
    Reed.Smith@ag.tn.gov

## CERTIFICATE OF CONFERENCE

I certify that I have discussed the relief sought herein with Plaintiff's counsel, and Plaintiff does not oppose the requested relief.

*/s/ Reed N. Smith*
REED N. SMITH

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that a true and exact copy of the foregoing has been served through the Court's ECF system on December 15, 2023, upon:

Daniel J. Turklay (BPR #034600)
TURKLAY LAW
11205 Lebanon Rd #51
Mt. Juliet, TN 37122
Telephone: (615) 838-5903
Fax: (888) 868-0014
daniel@turklaylaw.com

Joshua P. Thompson
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
JThompson@pacificlegal.org

Laura D'Agostino
PACIFIC LEGAL FOUNDATION
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
LDAgostino@pacificlegal.org

*Attorneys for Plaintiff*

*/s/ Reed N. Smith*
REED N. SMITH
