tion No. 3:23-cv-01175

RECEIVED
DEC 19 2023
U.S. District Court
Middle District of TN

Daniel J. Turklay
Turklay Law Office, PLLC
2517 Lebanon Pike #306
Nashville, TN 37214

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

ION

the day you received it) — or 60 days if you
of the United States described in Fed. R. Civ.
hed complaint or a motion under Rule 12 of
d on the plaintiff or plaintiff's attorney,

you for the relief demanded in the complaint.

RK OF COURT

_____
Signature of Clerk or Deputy Clerk

**SERVICE COPY**