IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DO NO HARM ) | |
| ) | Case No. 3:23-cv-01175 |
| v. ) | Judge Campbell |
| ) | Magistrate Judge Holmes |
| WILLIAM LEE ) | |
| In his Official Capacity as Governor ) | |
| of the State of Tennessee ) | |

**O R D E R**

Pending before the Court is Defendant Governor William "Bill" Lee's ("Defendant") motion for an extension of time to answer or otherwise respond to the complaint (Docket No. 16), which is represented to be unopposed and is therefore **GRANTED**. The deadline for Defendant to answer or otherwise respond to the complaint is extended to **January 8, 2024**.[1]

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] To be clear, this extension does not impact the deadline for the parties' filing of a joint proposed initial case management order, the deadline for which is **January 5, 2024**.