# Exhibit B



# BILL LEE
#### GOVERNOR
#### STATE OF TENNESSEE

November 1, 2023

Aaron Sorensen
6657 Rhodes Lane
Lascassas, Tennessee 37085-4457

Dear Aaron:

    Today, it is my distinct pleasure to confirm your appointment to the Board of Podiatric Medical Examiners as a Representative of Orthotists, Prosthetists or Pedorthists. In the thorough, aggressive search for candidates, your individual characteristics and professional qualifications were exceptional among the number of nominees who expressed interest. This appointment is effective immediately and runs through June 30, 2027.

    I consider it very important to ensure that Tennessee's boards and commissions are filled with the most dedicated and qualified citizens. I believe that your participation is certain to leave a positive impact on this board and the work it does.

    Thank you for your interest in state government and for your willingness to serve your fellow citizens of Tennessee in this way. Please accept my very best wishes. I look forward to working with you and all Tennesseans to make our great state an even better place to live, work, and raise a family.

Warmest regards,

*Bill Lee*

Bill Lee

BL:TS

STATE CAPITOL • NASHVILLE, TN 37243-0001 • PH: 615.741.2001 • www.tn.gov