# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| DO NO HARM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:23-cv-01175 |
| | ) |
| WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, | ) ) |
| | ) |
| Defendant. | ) |

---

## NOTICE OF APPEARANCE
---

Pursuant to Local Rule 83.01, Trenton Meriwether, Assistant Attorney General with the Office of the Tennessee Attorney General, hereby gives notice that he will appear and represent the Defendant William Lee in the above captioned matter.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General & Reporter

*/s/ Trenton Meriwether*
Trenton Meriwether (BPR# 038577)
Office of the Tennessee Attorney General
Healthcare Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 253-3211
trenton.meriwether@ag.tn.gov

*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been served via this Court's electronic filing system on this 8th day of January 2024.

Daniel J. Turklay (BPR# 034600)
TURKLAY LAW
11205 Lebanon Rd #51
Mt. Juliet, TN 37122
P: (615) 838-5903
F: (888) 868-0014
daniel@turklaylaw.com

Joshua P. Thompson (CA Bar# 250955)
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
P: (916) 419-7111
JThompson@pacificlegal.org

Laura D'Agostino (VA Bar# 91556)
PACIFIC LEGAL FOUNDATION
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
P: (202) 888-6881
LDAgostino@pacificlegal.org

*Attorneys for Plaintiff*

                                        */s/ Trenton Meriwether*
                                        TRENTON MERIWETHER
                                        Assistant Attorney General