IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DO NO HARM, a nonprofit corporation incorporated in the State of Virginia,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee,<br><br>Defendant. | No. 3:23-cv-01175<br><br>**JUDGE CAMPBELL**<br>**MAGISTRATE JUDGE HOLMES** |

**CONFORMED CERTIFICATE OF SERVICE FOR FIRST AMENDED COMPLAINT**

      I hereby certify that on January 19, 2024, the First Amended Complaint document was served upon counsel for the defendant via CM/ECF service:

Reed N. Smith
Trenton Meriwether
Assistant Attorney General
HealthCare Division
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202
Reed.Smith@ag.tn.gov
trenton.meriwether@ag.tn.gov
*Counsel for Defendant William Lee, in his official capacity as Governor of the State of Tennessee*

                                                     /s/ Joshua P. Thompson
                                                   Joshua P. Thompson