# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DO NO HARM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:23-cv-01175 |
| | ) |
| WILLIAM LEE, in his official capacity as | ) |
| Governor of the State of Tennessee, | ) |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION FOR EXTENSION TO FILE REPLY BRIEF

Defendant William Lee, in his official capacity as Governor of the State of Tennessee, respectfully requests that this Court extend his deadline to file his reply brief in support of his Motion to Dismiss the Amended Complaint. (Doc. 25) . The current deadline is Friday, February 23. Defendant requests a one week extension to Friday, March 1, 2025. This request is not sought for undue delay, but so that justice may be done. The undersigned has conferred with Plaintiff's counsel in this matter, who does not oppose the relief requested herein.

1

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General & Reporter

*/s/ Reed N. Smith*
Reed N. Smith (BPR# 040059)
Assistant Attorney General

Trenton Meriwether (BPR# 038577)
Office of the Tennessee Attorney General
Healthcare Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-9593
reed.smith@ag.tn.gov
trenton.meriwether@ag.tn.gov

*Counsel for Defendant*

## CERTIFICATE OF CONFERENCE

I, Reed Smith, certify that on February 20, 2024, I conferred with Plaintiff's counsel regarding the relief requested herein, and Plaintiff does not oppose the requested relief.

*/s/ Reed N. Smith*
REED N. SMITH

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via this Court's electronic filing system on this 21st day of February 2024.

Daniel J. Turklay (BPR# 034600)
TURKLAY LAW
11205 Lebanon Rd #51
Mt. Juliet, TN 37122
P: (615) 838-5903
F: (888) 868-0014
daniel@turklaylaw.com

Joshua P. Thompson (CA Bar# 250955)
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
P: (916) 419-7111
JThompson@pacificlegal.org

Laura D'Agostino (VA Bar# 91556)
PACIFIC LEGAL FOUNDATION
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
P: (202) 888-6881
LDAgostino@pacificlegal.org

*Attorneys for Plaintiff*

*/s/ Reed N. Smith*
REED N. SMITH
Assistant Attorney General