ORDER: Motion GRANTED, reply due by March 1, 2024.

*/s/ William L. Campbell, Jr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DO NO HARM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-01175 |
| ) | |
| WILLIAM LEE, in his official capacity as ) | |
| Governor of the State of Tennessee, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR EXTENSION TO FILE REPLY BRIEF**

Defendant William Lee, in his official capacity as Governor of the State of Tennessee, respectfully requests that this Court extend his deadline to file his reply brief in support of his Motion to Dismiss the Amended Complaint. (Doc. 25) . The current deadline is Friday, February 23. Defendant requests a one week extension to Friday, March 1, 2025. This request is not sought for undue delay, but so that justice may be done. The undersigned has conferred with Plaintiff's counsel in this matter, who does not oppose the relief requested herein.