IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DO NO HARM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:23-cv-01175 ) |
| WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, | ) ) ) ) |
| Defendant. | ) |

## DECLARATION OF CANDYCE WILSON

I, Candyce Wilson, declare as follows:

1. I am over 18 years old, of sound mind, and fully competent to attest to the facts stated herein.

2. I am the Unit 1 Director at the Tennessee Department of Health. In that role, I interact with the Board of Podiatric Medical Examiners ("Board"), including in-person.

3. I am familiar with Dr. Bhekumuzi Khumalo. He has served on the Board since October 16, 2019, and is currently the Board's chairperson. Dr. Khumalo is African-American.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Davidson County, Tennessee on February 27, 2024.

*Candyce Wilson*
CANDYCE WILSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via this Court's electronic filing system on this 1st day of March 2024.

Daniel J. Turklay (BPR# 034600)
TURKLAY LAW
11205 Lebanon Rd #51
Mt. Juliet, TN 37122
P: (615) 838-5903
F: (888) 868-0014
daniel@turklaylaw.com

Joshua P. Thompson (CA Bar# 250955)
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
P: (916) 419-7111
JThompson@pacificlegal.org

Laura D'Agostino (VA Bar# 91556)
PACIFIC LEGAL FOUNDATION
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
P: (202) 888-6881
LDAgostino@pacificlegal.org

*Attorneys for Plaintiff*

                                      */s/ Reed N. Smith*
                                      REED N. SMITH
                                      Assistant Attorney General