# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DO NO HARM, a nonprofit corporation incorporated in the State of Virginia,<br><br>        Plaintiff,<br><br>   v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee,<br><br>        Defendant. | No. 3:23-cv-01175<br><br><br><br>**JUDGE CAMPBELL**<br><br>**MAGISTRATE JUDGE HOLMES** |

## JOINT MOTION FOR ENTRY OF A MODIFIED CASE MANAGEMENT ORDER

Pursuant to the Court's Initial Case Management Order, ECF No. 22, the parties hereby move for entry of a modified case management order. A copy of the proposed order is included as an attachment to this joint motion and emailed to chambers.

DATED: July 31, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ Reed N. Smith<br>Reed N. Smith (#040059)<br>Trenton Meriwether (#38577)<br>Tennessee Attorney General's Office<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 741-3491<br>reed.smith@ag.tn.gov<br>trenton.meriwether@ag.tn.gov<br><br>*Attorneys for Defendant* | /s/ Laura D'Agostino<br>Laura D'Agostino, Va. Bar No. 91556*<br>PACIFIC LEGAL FOUNDATION<br>3100 Clarendon Boulevard, Suite 1000<br>Arlington, VA 22201,<br>(202) 888-6881<br>LDAgostino@pacificlegal.org<br><br>Joshua P. Thompson, Cal. Bar No. 250955*<br>PACIFIC LEGAL FOUNDATION<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA 95814<br>(916) 419-7111<br>JThompson@pacificlegal.org<br><br>Daniel J. Turklay (#034600)<br>Turklay Law |

11205 Lebanon Rd #51
Mt. Juliet, TN 37122
 (615) 838-5903
daniel@turklaylaw.com
*Attorneys for Plaintiff*

*Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, the forgoing document was served upon counsel for the defendant via CM/ECF service.

Reed N. Smith
Trenton Meriwether (#38577)
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202
reed.smith@ag.tn.gov
trenton.meriwether@ag.tn.gov

/s/ Laura M. D'Agostino
Laura M. D'Agostino