IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DO NO HARM, a nonprofit corporation incorporated in the State of Virginia, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) |
| WILLIAM LEE, in his official capacity as Governor of the State of Tennessee, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

NO. 3:23-cv-01175

JUDGE CAMPBELL
MAGISTRATE JUDGE HOLMES

## ORDER

Docket entries 30-3 and 30-4 contain personal information that must be redacted from court filings. *See* Fed. R. Civ. P. 5.2(a). Accordingly, the Clerk is directed to place these documents under seal. Notwithstanding the Court's ruling on the motion to dismiss and the closing of this case, Defendant shall file redacted versions of these documents by August 15, 2024.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE