IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DO NO HARM, a nonprofit corporation incorporated in the State of Virginia,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee,<br><br>    Defendant. | NO. 3:23-cv-01175<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE HOLMES |

## ORDER

Pending before the Court is a motion to dismiss the amended complaint filed by Defendant William Lee (Doc. No. 25), to which Plaintiff filed a response (Doc. No. 26), and Defendant filed a reply (Doc. No. 30). For the reasons stated in the accompanying memorandum, the motion (Doc. No. 25) is **GRANTED** and this case is **DISMISSED**.

This Order shall constitute final judgment under Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE