UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Do No Harm

        Plaintiff,

v.                                                         Case No.: 3:23–cv–01175

William Lee

        Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/8/2024 re [38].

                                                                        Lynda M. Hill
                                                     s/ Annecia L Donigan, Deputy Clerk