Form 1A

Notice of Appeal to a Court of Appeals From a
Judgment of a District Court

United States District Court for the Middle
District of Tennessee
Docket Number 3:23-cv-01175

Do No Harm
, Plaintiff
v.
William Lee
, Defendant

Notice of Appeal

Plaintiff Do No Harm (name all parties taking the appeal)* appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on 8/8/2024 (state the date the judgment was entered).

(s) Joshua Thompson
*Attorney for* Plaintiff
*Address*: Pacific Legal Foundation, 555 Capitol Mall, Suite 1290, Sacramento CA 95814

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]

---

\* See Rule 3(c) for permissible ways of identifying appellants.