## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 05, 2024

Mr. Joshua Paul Thompson
Pacific Legal Foundation
555 Capitol Mall
Suite 1290
Sacramento, CA 95814

Re: Case No. 24-5937, *Do No Harm v. William Lee*
Originating Case No.: 3:23-cv-01175

Dear Counsel,

   This appeal has been docketed as case number **24-5937** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **September 19, 2024**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:   Appearance of Counsel
             Civil Appeal Statement of Parties & Issues
             Disclosure of Corporate Affiliations
             Application for Admission to 6th Circuit Bar (if applicable)

        Appellee:    Appearance of Counsel
                          Disclosure of Corporate Affiliations
                          Application for Admission to 6th Circuit Bar (if applicable)

    If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                      Sincerely,

                                        s/Antoinette Macon
                                        Case Manager
                                        Direct Dial No. 513-564-7015

cc: Mr. Reed Neal Smith

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-5937

DO NO HARM, a nonprofit corporation incorporated in the State of Virginia

  Plaintiff - Appellant

v.

WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee

  Defendant - Appellee