IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DO NO HARM, | ) | |
| | ) | |
|     *Plaintiff*, | ) | Case No.: 3-23-cv-01175 |
| | ) | Chief Judge Campbell |
| v. | ) | Magistrate Judge Holmes |
| | ) | |
| WILLIAM LEE, in his official capacity | ) | |
| as Governor of the State of Tennessee, | ) | |
| | ) | |
|     *Defendant*. | ) | |

## MOTION TO WITHDRAW

In accordance with Local Rule 83.01(g), Trenton Meriwether, co-counsel for Defendant Lee, respectfully moves the Court to permit his withdrawal as co-counsel of record in this matter because he has accepted employment outside the Tennessee Attorney General's Office. Defendant Lee will continue to be represented by Reed Neal Smith as lead counsel. Mr. Meriwether respectfully asks that the Court enter an order granting this Motion.

                                                                      Respectfully submitted,

                                                                      */s/ Trenton Meriwether*
                                                                      Trenton Meriwether (BPR# 038577)
                                                                      Assistant Attorney General
                                                                      Office of the Tennessee Attorney General
                                                                      General Litigation Division
                                                                      P.O. Box 20207
                                                                      Nashville, TN 37202-0207
                                                                      Phone: (615) 253-3211
                                                                      trenton.meriwether@ag.tn.gov

1

## **CERTIFICATE OF SERVICE**

   I hereby certify that on Friday, September 6, 2024, a true and correct copy of the foregoing has been forwarded via the Court's electronic filing system to all counsel of record.

                *s/ Trenton Meriwether*
                Trenton Meriwether

2

Case 3:23-cv-01175   Document 42   Filed 09/06/24   Page 2 of 2 PageID #: 224