> **ORDER: Motion GRANTED.**
> /s/ William L. Campbell Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DO NO HARM, ) | |
| ) | |
| *Plaintiff,* ) | Case No.: 3-23-cv-01175 |
| ) | Chief Judge Campbell |
| v. ) | Magistrate Judge Holmes |
| ) | |
| WILLIAM LEE, in his official capacity ) | |
| as Governor of the State of Tennessee, ) | |
| ) | |
| *Defendant*. ) | |

## MOTION TO WITHDRAW

In accordance with Local Rule 83.01(g), Trenton Meriwether, co-counsel for Defendant Lee, respectfully moves the Court to permit his withdrawal as co-counsel of record in this matter because he has accepted employment outside the Tennessee Attorney General's Office. Defendant Lee will continue to be represented by Reed Neal Smith as lead counsel. Mr. Meriwether respectfully asks that the Court enter an order granting this Motion.

Respectfully submitted,

*/s/ Trenton Meriwether*
Trenton Meriwether (BPR# 038577)
Assistant Attorney General
Office of the Tennessee Attorney General
General Litigation Division
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 253-3211
trenton.meriwether@ag.tn.gov